IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY FLORES,

    Plaintiff,                                    No. CIV S-09-1529 EFB P

    vs.

VALLEY ROSE ADULT SCHOOL, et al.,

    Defendants.                               <u>ORDER</u>

                                       /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has not submitted a request for leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d).

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

////

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: June 11, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2